UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 15-12058
JOHN M. GIBBELINA )
)  Chapter: 11
)
)  Honorable Jack Schmetterer
)
)
Debtor(s) )

**ORDER APPROVING AND/OR AUTHORIZING THE SALE OF 5450 NORTH PARIS AVENUE, CHICAGO, ILLINOIS TO LEONARDO PIERRI AND NATALIE PIERRI**

This matter having come before the Court on the Debtor's Motion ("the Motion")for an Order Approving and/or Authorizing the sale of that certain Real Property commonly known as 5450 North Paris Avenue, Chicago, Michigan, (the "Paris Property"), as more specifically described in the Motion, due Proof of Service of all parties entitled to Notice having been given, the Court being advised, therefore, it is hereby ordered:

 1. The Debtor is authorized to sell real estate located at 5450 North Paris Avenue, Chicago, Michigan.

 2. The Debtor shall forward a copy of the RESPA settlement statement to the Chapter 13 Trustee in this case within 3 days after the closing.

 3. At the closing proceeds of the transaction shall be used to pay off all existing mortgages and other liens against the Debtor's real estate plus usual and customary closing costs and fees of the Debtor.

 4. Except for the homestead exemption amount of $ 15,000.00, the balance remaining after payment of the amounts listed in paragraph 3 shall be forwarded to the Chapter 13 Trustee Tom Vaughn, who must allocate that balance between creditors and the Debtor in the manner described in the Debtor's confirmed Chapter 13 plan.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  March 11, 2016

**Prepared by:**

Mr. Paul M. Bach, Esq.
Ms. Penelope N. Bach,Of Counsel
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181